UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES J. HAMILTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14-CV-766 CDP |
| | ) | |
| BROC GREMMINGER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court upon remand from the Eighth Circuit for calculation and collection of the appellate filing fees. Plaintiff has filed his certified prison account statement, and the Court has reviewed the account statement pursuant to 28 U.S.C. § 1915(b). Plaintiff must pay an initial partial appellate filing fee of $6.45, which is twenty percent of his average monthly deposit. *See* 28 U.S.C. § 1915(b).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff must pay an initial partial filing fee of $6.45 within thirty (30) days of the date of this Order. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an appellate proceeding.

Dated this 20th day of September, 2017.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE